# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WISCONSIN
# MADISON

**IN RE:**

Oscar Zaragoza and Mayra Arzate

Debtor(s)

Hon. Judge Catherine J. Furay

Case No.:  3-16-12838-cjf

Chapter:  13

## ENTRY OF APPEARANCE AND REQUEST FOR ALL NOTICES

The undersigned, a duly qualified attorney admitted to practice before this Court, hereby enters an appearance in the within captioned matter on behalf of **Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust,** and/or its assigns and requests all notices, pleadings, motions, orders, applications and other documents filed and/or served in this case be sent to them at the following address:

> Joseph J. Circelli 58421MO
> Rachael Stokas 61282MO
> Matthew M. Moses 62330MO
> MaryAnn Kier 59899MO
> Joe.circelli@mo.cslegal.com
> Rachael.stokas@il.cslegal.com
> Matt.moses@il.cslegal.com
> Maryann.kier@mo.cslegal.com
> **CODILIS, MOODY & CIRCELLI, P.C.**
> 15W030 North Frontage Road, Suite 200
> Burr Ridge, IL 60527
> (630) 794-5200- Phone
> (630) 794-5277- Fax
> CMC File No. 50-17-00858

Dated August 16, 2017

By: /s/Rachael Stokas